UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO: 10-80149-CR

            Plaintiff

vs.

Augusto Lizarazo

## SENTENCING MINUTES

DATE: 2/10/12     Court Reporter: Stephen Franklin

AUSA: Paul Schwartz     Defense Counsel: Bernard Cassidy + Robert Malove

Deputy Clerk: Irene Ferrante

## JUDGMENT AND SENTENCE

**Imprisonment** _____ MONTHS as to COUNTS _____

**Probation** 4 YEARS as to COUNTS five

**Supervised Release** _____ YEARS as to Counts _____

___ Association restriction    ___ Employment Requirement    ✓ Permissible Search    ___ Deportation

___ Mental Health Treatment    ___ Substance abuse treatment    ___ Financial disclosure    ___ No debt

___ No self-employment    ___ Related concern restriction    ___ Sex offender conditions

36 months home detention/EM

**Assessment** $ 100.00    **Fine** ∅    **Restitution:** _____

___ Counts remaining dismissed on Government motion _____

✓ Defendant advised of his right to appeal.

___ Remanded to U.S. Marshal

___ Voluntary Surrender on or before _____

Recommendation to the Bureau of Prisons _____

Time in court: :10